CLARK, *Appellant*, v. FAIRLEY.

Practice in Supreme Court: ABSTRACT OF RECORD. Where an appellant fails to file an abstract or abridgment of the record as required by the rules of the supreme court, the judgment will be affirmed, notwithstanding he has filed briefs in the case.

*Appeal from St. Louis City Circuit Court.*—HON. DANIEL DILLON, Judge.

AFFIRMED.

A. A. *Paxson* for appellant.

*Frank Hobein* and *E. A. B. Garesché* for respondent.

PER CURIAM.—The appellant has filed briefs in this case, but he has filed nothing which is or professes to be an abstract or abridgment of the record as required by consolidated rules fifteen and sixteen, and because of a failure to comply with these rules the judgment is affirmed.